IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| SHEILA BELL, *et al.* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-05-116 |
| | § | |
| CHERYL TRIPLETT, *et al.* | § | |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on October 11, 2005, to which Plaintiffs have filed their Objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Plaintiffs Objections are without merit and that the Report and Recommendation should be **ACCEPTED**.  The Court warns Plaintiffs that the constitutional claims arising out of the December, 2001, events outlined in the Original Complaint, which have already been dismissed with prejudice against some Defendants, are **DISMISSED WITH PREJUDICE**.  Plaintiffs may not reassert these claims in any further suit, and any violation of this Order by filing such allegations in this Court may result in sanctions.

Accordingly, it is **ORDERED** that the Defendants' Motion to Dismiss (Instrument No. 18) is **GRANTED IN PART** and that Plaintiff's Original Complaint is **DISMISSED**.

DONE at Galveston, Texas this 2nd day of November, 2005.

_____
Samuel B. Kent
United States District Judge