IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| SHEILA BELL, *et al.* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-05-116 |
| | § | |
| CHERYL TRIPLETT, *et al.* | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action

is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 2nd day of November, 2005.

Samuel B. Kent
United States District Judge